```
1   Nathan Brown (SBN 033482)
    15100 N 78th Way Suite 203
2   BROWN PATENT LAW
3   Scottsdale, AZ 85260
    Phone: 602-529-3474
4   Email: Nathan.Brown@BrownPatentLaw.com
5
    Avi R. Kaufman
6   KAUFMAN P.A.
    400 NW 26th Street
7   Miami, FL 33127
8   Phone: 305-469-5881
    Email: Kaufman@KaufmanPA.com
9
10  Attorneys for Plaintiffs and the putative Classes
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald and Alan Maycock, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> Boulevard Real Estate Management, LLC, <br><br> *Defendant*. | Case no. 2:20-cv-02135-SPL <br><br> **PLAINTIFFS' NOTICE OF SETTLEMENT** |

Plaintiffs Darren MacDonald and Alan Maycock hereby notify the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiffs' individual claim within 30 days. Accordingly, Plaintiffs respectfully request that all current deadlines be suspended pending the filing of the Notice of Dismissal.

|  | Respectfully Submitted, |
|---|---|
| Dated: January 10, 2022 | */s/ Avi R. Kaufman* |

Avi R. Kaufman
Kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com

*Local Counsel*

*Attorneys for Plaintiffs and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury under the laws of the United States of America that on this day, January 10, 2022, I e-filed and served the foregoing via CM/ECF.

*/s/ Avi R. Kaufman*