Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Phone: 305-469-5881
Email: Kaufman@KaufmanPA.com

*Attorneys for Plaintiffs and the putative Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald and Alan Maycock, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Boulevard Real Estate Management, LLC,<br><br>*Defendant*. | Case no. 2:20-cv-02135-SPL<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Darren MacDonald and Alan Maycock and Defendant Boulevard Real Estate Management, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: January 24, 2022  /s/ Avi R. Kaufman

Avi R. Kaufman
Kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com

*Local Counsel*

*Attorneys for Plaintiffs and all others similarly situated*

/s/ Paul O. Mittelstadt
Paul O. Mittelstadt, AZ Bar No. 029886
paul@zelmserlich.com
**ZELMS ERLICH, LLP**
4600 E. Washington Street, Suite 300
Phoenix, Arizona 85034
(623) 250-2087

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury under the laws of the United States of America that on this day, January 24, 2022, I e-filed and served the foregoing via CM/ECF.

/s/ Avi R. Kaufman

2