IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Corduroy IP LLC, et al.,<br><br>    Defendants. | No. CV-20-02135-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 28) is **granted**;

2. That this action is **dismissed with prejudice** as to Plaintiffs' individual claims and **dismissed without prejudice** as to any other member of the putative class's right to bring claims;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 24th day of January, 2022.

                 Honorable Steven P. Logan
                 United States District Judge